UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8265-WM

UNITED STATES OF AMERICA

v.

SELWYN DAVID ROSENSTEIN,

                              **Defendant.**

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 4, 2014 (Mag. Judge Shaniek M. Maynard)? __Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 209-1011
Fax:     (561) 659-4526
Email:   alexandra.chase@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

FILED BY KJZ D.C.

Jun 30, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| SELWYN DAVID ROSENSTEIN | ) Case No. 22-8265-WM |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2018 to June 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(g) | Engaging in a child exploitation enterprise |
| 18 U.S.C. § 2251(d) and (e) | Conspiracy to advertise child pornography |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent David J. Backlund, Federal Bureau of Investigation ("FBI"), which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David J. Backlund. Special Agent, FBI
*Printed name and title*

Sworn and attested to me by applicant by telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1

Date: 06/30/2022

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David J. Backlund, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since September 2008, and am currently assigned to the FBI's Child Exploitation Operational Unit within the Criminal Investigative Division. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online exploitation of children. This includes violations pertaining to the illegal trafficking, production, transmission, possession, and receipt of material depicting the sexual exploitation of minors.

2. I am submitting this affidavit in support of a criminal complaint for SELWYN DAVID ROSENSTEIN. I submit there is probable cause to believe that beginning in or about 2018, and continuing through in or about June 2022, in the Southern District of Florida and elsewhere, ROSENSTEIN engaged in a child exploitation enterprise in violation of 18 U.S.C. § 2252A(g) and conspired with others to advertise child pornography in violation of 18 U.S.C. § 2251(d) and (e).

3. Title 18 U.S.C. § 2252A(g)(2) provides that a person engages in a child exploitation enterprise if a person violates Chapter 110 of the United States Code (among other portions of Title 18), as part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and commits those offenses in concert with three or more other persons. As further set forth below, there is probable cause to believe that ROSENSTEIN violated various provisions of Chapter 110 of the United States Code in such a manner, including the advertisement of child pornography and conspiracy to advertise child pornography in violation of 18 U.S.C. § 2251(d) and (e), and the distribution of child pornography and conspiracy to distribute

child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).[1] Each of the aforementioned is a felony offense. Here, I submit there is probable cause to believe that ROSENSTEIN violated 18 U.S.C. § 2252A(g) because, as described more fully below, on three or more occasions, ROSENSTEIN shared numerous URL links via a website with a group of 10 or more other individuals, which links, when accessed, redirected to web pages displaying child pornography files.

4. Title 18 U.S.C. § 2251(d) and (e) prohibit any person from conspiring to knowingly make, print, or publish, or cause to be made, printed or published, any notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, if the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, when such person knows or has reason to know that such notice or advertisement will be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer, or when such notice or advertisement was transported using any means or facility of interstate or foreign commerce or in or affecting interstate commerce by any means including computer. Here, I submit that there is probable cause that ROSENSTEIN violated 18 U.S.C. § 2251(d) and (e) because, as described more fully below, he was a member and facilitator of a website that was dedicated to the advertisement, distribution, and exchange of child pornography, and on which, in accordance with the rules of the website, users advertised and distributed child pornography via notices and advertisements in the form of URL links and descriptive text.

---

[1] The term "child pornography," as used in this affidavit, refers to the definition set forth in 18 U.S.C. § 2256(8)(A).

5. The statements contained in this affidavit are based in part on information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the purpose of securing a Criminal Complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe ROSENSTEIN has violated Title 18 U.S.C. §§ 2252A(g) and 2251(d) and (e).

6. FBI is investigating a website (hereinafter referred to as the "TARGET WEBSITE") that allows users to engage in online communications with other users. Child pornography images and videos are trafficked on the TARGET WEBSITE via the posting of web links within messages. Links allow a user to navigate to another website, such as a file-hosting website, where images and/or videos were stored in order to download these images and videos. The links also generally contain descriptive text that provides information about the sexual acts and age and gender of the child victim depicted in the linked-to child pornography files. The TARGET WEBSITE provides rules that instruct users to share child pornography in this manner. The TARGET WEBSITE consists of at least 100 registered members.

7. FBI investigation has further revealed that a particular user of the TARGET WEBSITE, acting under a particular online alias and referred to here as the "SUBJECT USER," has posted rules and advice for other users to follow, including about how TARGET WEBSITE users should post and categorize child pornography links. For instance, in or about June 2022, the

SUBJECT USER made a post instructing TARGET WEBSITE users to include descriptive text when posting links to child pornography files that specifies the age and gender of the child victim and the sex act depicted in the file.

8. FBI investigation further revealed that the SUBJECT USER has, on more than three occasions, shared thousands of URL links to child pornography via the TARGET WEBSITE that were accessible to more than 10 other TARGET WEBSITE users. Below are examples of some of the links shared by the SUBJECT USER. Each of these three examples is from a separate message sent by the SUBJECT USER on separate occasions between April and June 2022:

    a. The SUBJECT USER shared a link that redirected to another website that contained a series of images showing the sexual abuse of multiple prepubescent girls. One of the images depicted an adult man with his erect penis inserted into the vagina of a prepubescent girl estimated to be between five and eight years of age. The girl has young facial features, and no noticeable pubic hair or breast development.

    b. On another occasion, the SUBJECT USER shared a link that redirected to an image depicting a nude from the waist down infant boy laying on his back with a diaper under him. An adult male has his penis inserted into the boy's anus. The boy's legs are in the air and his penis and scrotum are exposed. Neither the infant or the adult male's faces are visible in the image.

    c. On yet another occasion, the SUBJECT USER shared a link that redirected to a folder containing 25 images of a prepubescent girl estimated to be between five and eight years of age. The girl's vagina is exposed in multiple images and she has her arms bound to her legs in multiple images. In multiple images, an adult male is

inserting phallic sex toys into the girl's anus or vagina. The girl has no noticeable pubic hair or breast development and she has young facial and bodily features.

**IDENTIFICATION OF SELWYN DAVID ROSENSTEIN AS THE SUBJECT USER**

9. On or about June 30, 2022, the FBI executed a search warrant authorized by this Court (Case Number 22-8260-WM) at ROSENSTEIN's residence in Boynton Beach, Florida, which is within the Southern District of Florida. ROSENSTEIN has resided at this location since at least July 2021.

10. During the execution of the search warrant, after being advised of his rights, ROSENSTEIN admitted to FBI agents that he was the SUBJECT USER on the TARGET WEBSITE. He stated that he had been on the TARGET WEBSITE since approximately 2018.

11. During the execution of the search warrant, FBI agents discovered extensive evidence of ROSENSTEIN's involvement with the TARGET WEBSITE. For example, a laptop computer in ROSENSTEIN's home had recently been disconnected from the TARGET WEBSITE when agents encountered it. FBI agents examined an external hard drive connected to ROSENSTEIN's laptop and discovered a large volume of images and videos depicting the sexual abuse of children. For example, it contained a video of a young girl approximately 3 to 4 years old with an adult man rubbing his penis on her naked anus and vagina before ejaculating on her naked vagina. The external hard drive also contained an image of a young prepubescent girl, approximately 6 to 9 years old, with an adult man inserting his penis into her vagina. The username for the laptop is "Selwyn I7."

**CONCLUSION**

12. For these reasons, your Affiant respectfully submits that there is probable cause to believe that ROSENSTEIN violated 18 U.S.C. § 2252A(g) in the Southern District of Florida and

elsewhere by violating Chapter 110—including 18 U.S.C. §§ 2251(d) and (e) and 2252A(a)(2) and (b)(1)—as part of a series of felony violations involving three or more separate incidents and more than one victim, and committed those offenses with three or more other persons. Your Affiant further respectfully submits that there is probable cause to believe that ROSENSTEIN violated 18 U.S.C. § 2251(d) and (e) by conspiring with others to advertise child pornography. I therefore respectfully request that the Court authorize a criminal complaint for ROSENSTEIN.

Respectfully submitted,

David J. Backlund
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on this 30th day of June, 2022.

HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Selwyn David Rosenstein

**Case No**:   22-8265-WM

Count #1:

Engaging in a child exploitation enterprise

18 U.S.C. § 2252A(g)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 20 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #2:

Conspiracy to advertise child pornography

18 U.S.C. § 2251(d) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-8265-WM

### BOND RECOMMENDATION

DEFENDANT: SELWYN DAVID ROSENSTEIN

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _[signature]_
AUSA: Alexandra Chase

Last Known Address: Boynton Beach, Florida

What Facility:

Agent(s): David J. Backlund, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)