UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80107-CR-Cannon/Reinhart

18 U.S.C. § 2252A(g)
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252A(a)(5)(B) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

SELWYN DAVID ROSENSTEIN,

Defendant.
_____/

FILED BY _____ D.C.

JUL 21 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 2252A(g)
### (Child Exploitation Enterprise)

Beginning in or around 2018, the exact date being unknown to the Grand Jury, and continuing through on or about June 30, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SELWYN DAVID ROSENSTEIN,**

and other persons known and unknown to the Grand Jury, knowingly engaged in a child exploitation enterprise, in that the defendant violated Chapter 110 of Title 18 of the United States Code, as part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committed those offenses in concert with three or more other persons, in violation of Title 18, United States Code, Section 2252A(g).

## COUNT 2
## 18 U.S.C. § 2251(d) and (e)
### (Conspiracy to Advertise Child Pornography)

Beginning in or around 2018, the exact date being unknown to the Grand Jury, and continuing through on or about June 30, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SELWYN DAVID ROSENSTEIN,**

did willfully conspire with other persons known and unknown to the Grand Jury to knowingly make, print, and publish, and cause to be made, printed, and published, by means of an internet website whose common name is known to the Grand Jury and is referred to herein as "Website A," any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce any visual depiction, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2251(d) and (e).

## COUNTS 3-7
## 18 U.S.C. § 2251(d) and (e)
### (Advertisement of Child Pornography)

On separate occasions on or about the dates enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SELWYN DAVID ROSENSTEIN,**

2

attempted to and did knowingly make, print, and publish, and cause to be made, printed, and published, by means of an internet website whose common name is known to the Grand Jury and is referred to herein as "Website A," any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce any visual depiction, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer:

| Count | Date |
|---|---|
| 3 | February 9, 2022 |
| 4 | March 7, 2022 |
| 5 | April 5, 2022 |
| 6 | May 31, 2022 |
| 7 | June 27, 2022 |

In violation of Title 18, United States Code, Section 2251(d) and (e).

### COUNT 8
### 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
### (Possession of Child Pornography)

From in or around July 2021, the exact date being unknown to the Grand Jury, and continuing through on or about June 30, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**SELWYN DAVID ROSENSTEIN,**

did knowingly possess, and knowingly access with intent to view, any material that contains an image of child pornography that has been shipped and transported using any means and

facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction of child pornography involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age, in violation of Title 18 United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SELWYN DAVID ROSENSTEIN,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251 or 2252A, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, the following property:

   (a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

   (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offense(s); and

   (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property;

3. The property which is subject to forfeiture includes, but is not limited to, the following:

(a) The real property known and numbered as 9160 Equus Circle, Boynton Beach, Florida, together with all improvements, appurtenances, and attachments thereon or therein;

(b) One Seagate Expansion External Drive, S/N: 2GHMMYM4;

(c) One Seagate Expansion External Drive, S/N: 2GHL5HQ9

(d) One Custom Built Personal Computer;

(e) One Samsung SSD, Model MZ-77E2T0, S/N: S620NG0R101572R;

(f) One Western Digital HDD, 1 TB, S/N: WMC5K0D6FMPY;

(g) One Supermicro Personal Computer containing a SUPER X11SPA-TF motherboard, S/N: WM199S007273; and

(h) One Sony Vaio laptop, Model PCG-81114L, S/N: 540364503002285.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

*[signature]* for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
KYLE P. REYNOLDS
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CRIMINAL DIVISION
CHILD EXPLOITATION AND OBSCENITY SECTION

A TRUE BILL

*[signature]*
Foreperson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-80107-CR-Cannon/Reinhart

v.

SELWYN DAVID ROSENSTEIN

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
Defendant.

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 10 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☐ 0 to 5 days
   - II  ☑ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-8265-WM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge                Case No.

9. Defendant(s) in federal custody as of June 30, 2022

10. Defendant(s) in state custody as of

11. Rule 20 from the            District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: *Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney
FLA Bar No.   0648477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Selwyn David Rosenstein

**Case No**: 22-80107-CR-Cannon/Reinhart

Count #1:

Engaging in a child exploitation enterprise

18 U.S.C. § 2252A(g)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 20 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #2:

Conspiracy to advertise child pornography

18 U.S.C. § 2251(d) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #3-7:

Advertisement of child pornography

18 U.S.C. § 2251(d) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #8:

Possession of child pornography

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.