UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80107-AMC

UNITED STATES OF AMERICA

vs.

SELWYN DAVID ROSENSTEIN,

Defendant.
_____/

## NOTICE OF LIS PENDENS

GRANTEES:   SELWYN DAVID ROSENSTEIN & ANNE MARIE ROSENSTEIN

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on July 21, 2022, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida, charging the defendant with violations of 18 U.S.C. § 2252A(g), 18 U.S.C. § 2251(d) and (e) and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).   Pursuant to 18 U.S.C. § 2253, the United States of America may seek to forfeit the real property located at **9160 EQUUS CIRCLE, BOYNTON BEACH, FL 33472-4316**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 25, EQUUS AGR-PUD PHASE ONE, according to the map or plat thereof, as recorded in the Plat Book 97, Page(s) 11, of the Public Records of Palm Beach County, Florida.

Parcel Control No. 00-42-45-18-08-000-0250

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.   Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at West Palm Beach, Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____

Marx P. Calderón
Assistant United States Attorney
Court ID No. A5502700
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9036
E-mail: Marx.Calderon@usdoj.gov