2459 Columbia Drive # 73
Clearwater   Florida
33763

12 September 2022

FILED BY _____ D.C.

SEP 16 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

The U.S. Magistrate U.S. District Court
Southern District of Florida
701 Clematis Street
West Palm Beach.   Florida
33401

Your Honor,

Case 22-cr-80107

My name is Vivienne Avis Gorton and I am Selwyn David Rosenstein's sister.  As his only living sibling, and the fact that I am 8 years older than him, I have some insight into Selwyn that I feel the Court should know.

Selwyn is a warm, kind and selfless person who is always willing to help however he can.  Although still at school when our father passed away, he was a loving son and did all he could to help our mother until her demise.
Family has played an important role in his life and he never forgot to send birthday greetings and Jewish New Year wishes to his siblings, nieces and nephews as well as great nephews and nieces.

Growing up in an Orthodox Jewish home, attending a Jewish day school, he has always tried to follow traditional Jewish values and traditions.  In latter years he has become a lot more observant, attending Synagogue and lessons on a regular basis.

Selwyn has provided accommodation for family when needed and 5 years ago purchased a Condo for me to live in.  He has supported me financially over the past 7 years for which I am very grateful.  He is one of the kindest, loyal and compassionate people I know both to young and old, irrespective of religion or ethnicity.

I understand that Your honor is going to be handing down a sentence in the near future and I respectfully plead that you look at Selwyn favorably.

Thank you for your consideration.

Sincerely,

Avis Gorton



Ms. Vivienne A. Gorton
2459 Columbia Dr Apt 73
Clearwater, FL 33763

THE U.S. MAGISTRATE
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.
401 CLEMATIS STREET.
WEST PALM BEACH
FLORIDA. 33401