UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80107-CANNON

UNITED STATES OF AMERICA

vs.

SELWYN DAVID ROSENSTEIN,

    Defendant.

_____/

## RELEASE OF LIS PENDENS

GRANTEE: SELWYN DAVID ROSENSTEIN & ANNE MARIE ROSENSTEIN

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* was filed by the United States on August 10, 2022, ECF No 23. giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **9160 EQUUS CIRCLE, BOYNTON BEACH, FL 33472-4316**, more particularly described as:

Lot 25, EQUUS AGR-PUD PHASE ONE, according to the map or plat thereof, as recorded in the Plat Book 97, Page(s) 11, of the Public Records of Palm Beach County, Florida

Folio No. 00-42-45-18-08-000-0250

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at West Palm Beach, Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    *s/ Marx P. Calderón*
       Marx P. Calderón
       Assistant United States Attorney
       Court ID No. A5502700
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9036
       E-mail: Marx.Calderon@usdoj.gov