## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CR-80107-CANNON

**UNITED STATES OF AMERICA**

**v.**

**SELWYN DAVID ROSENSTEIN,**

      **Defendant.**

---

### <u>NOTICE ON FINAL FORFEITURE</u>

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on final forfeiture:

1.    On December 12, 2022, pursuant to 18 U.S.C. § 2253, the Court entered a Preliminary Order of Forfeiture, ECF No. 47, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

(i)    One Seagate Expansion External Drive, S/N: 2GHMMYM4;

(ii)    One Seagate Expansion External Drive, S/N: 2GHL5HQ9;

(iii)    One Custom Built Personal Computer;

(iv)    One Samsung SSD, Model MZ-77E2T0, S/N: S620NG0R101572R;

(v)    One Western Digital HDD, 1 TBB, S/N: WMC5K0D6FMPY;

(vi)    One Supermicro Personal Computer containing a SUPER X11SPA-TF motherboard, S/N: WM1 99S007273;

(vii)    One Sony Vaio laptop, Model PCG-81114L, S/N: 540364503002285;

(viii)    One SanDisk 128 GB hard drive, S/N: BP21040017654;

(ix)    One iPhone 8, IMEI: 356706084049859;

(x)     One Datastick Pro flash drive;

(xi)    One orange Lexar flash drive;

(xii)   One purple Lexar flash drive; and

(xiii)  One silver 2TB USB flash drive.

2.      Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days, from December 24, 2022, until January 22, 2023. *See* Decl. of Publication, ECF No. 52; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3.      Direct notice was sent to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture.  *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).  *See attached* Exhibit A (Direct Notice and Delivery Confirmations).

4.      The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of that person's alleged interest in the Property.  Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5.      The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6.      The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the

Property in accordance with applicable law.

7.      Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.


Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:      *s/ Marx P. Calderón*
          Marx P. Calderón
          Assistant United States Attorney
          Court ID No. A5502700
          99 N.E. 4th Street, 7th Floor
          Miami FL, 33132-2111
          Telephone: (305) 961-9036
          E-mail: Marx.Calderon@usdoj.gov